# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| Danielle Causey | : | |
| | : | Bankruptcy Case No.: 19-17742MDC |
| | : | |

## ORDER

AND NOW, this __31st__ day of __December__, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before __January 21__, 2020.

_Magdeline D. Coleman_
**Honorable Chief Judge Magdeline D. Coleman**